IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cosper, Timothy G | Case Number: 07 B 19729 |
|---|---|---|
| | Cosper, April | Judge: Squires, John H |
| | Printed: 3/4/08 | Filed: 10/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 23,716.43 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 6,679.06 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 376.38 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 209.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 178.85 | 0.00 |
| 7. | Chase Automotive Finance | Secured | | No Claim Filed |
| 8. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 9. | Aaron Sales & Lease Ow | Unsecured | | No Claim Filed |
| 10. | City Of Chicago | Unsecured | | No Claim Filed |
| 11. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 12. | Payday Loan | Unsecured | | No Claim Filed |
| 13. | Alliance Asset Management | Unsecured | | No Claim Filed |
| 14. | Qc Financial Services | Unsecured | | No Claim Filed |
| 15. | Progressive Management Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,159.72 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cosper, Timothy G<br>Cosper, April<br>Printed: 3/4/08 | Case Number: 07 B 19729<br>Judge: Squires, John H<br>Filed: 10/24/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

